# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER ROY ASWELL, III

NO. 2024 KW 0146

**MARCH 28, 2024**

---

In Re: Walter Roy Aswell, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-113331.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED** for the purpose of transferring the writ application to the district court for enforcement of its order in which it ordered that relator be provided with a free copy of the transcript of the guilty plea proceeding.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT